IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY WILLIAMS, #259 450, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-94-WHA-SRW |
| | ) [WO] |
| SGT. B. MOORE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This lawsuit is before the Court on the Recommendation of the Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404. Doc. 5. There being no timely objections filed to the Recommendation, and upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation is ADOPTED.

(2) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this Court.

Done, this 10th day of March 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE